UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ALEJANDRO ALVARADO and CAROL ALVARADO,

Plaintiffs,

v.

CITY OF GRANITE FALLS, GREG HOLMSTROM, WILLIAM LAVIN, DAVID SMIGLEWSKI, GREAT PLAINS NATURAL GAS CO., JIM MARKA, LORIS GNIFFKE, PAUL KROGSTAD, BRIAN STRUFFERT, PHIL TIEG, and PAUL NELSON,

Defendants.

---

Civil 00-1816 (JMR/SRN)

**ORDER**

Plaintiffs have filed a complaint alleging that Defendants have violated their federally protected civil rights. Plaintiffs did not pay the $150 filing fee prescribed by 28 U.S.C. § 1914(a), but instead applied for leave to proceed in forma pauperis, ("IFP"), as permitted by 28 U.S.C. § 1915(a). The Court notes, however, that one of the Plaintiffs, Alejandro Alvarado, has not signed the complaint, as clearly required by Fed. R. Civ. P. 11(a).[1] Plaintiffs will be given an opportunity to correct this defect in their pleading by filing an amended complaint, signed by both of them, by no later than September 1, 2000. If Plaintiffs do not file an amended complaint by that date, it will be recommended that the claims of Plaintiff Alejandro Alvarado be stricken from this action, without prejudice. See Rule 11(a) (final sentence).

---

[1] Although it appears that Plaintiff Carol Alvarado has attempted to sign the complaint "on behalf of" both of the named Plaintiffs, there is nothing to indicate that Carol Alvarado is legally authorized to act on behalf of her co-plaintiff.

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The Court will address Plaintiffs' pending applications for IFP status only after it has been determined whether or not they will file an amended complaint. Based on a preliminary review of the IFP applications, it appears that Plaintiff Carol Alvarado is indigent. Therefore, if no amended complaint is filed, and Carol Alvarado is left to pursue her claims as the sole Plaintiff in this action, she presumably will be granted IFP status. However, Co-plaintiff Alejandro Alvarado appears to be receiving a steady and significant income from a disability pension. His IFP application does not adequately explain why he cannot pay the $150 filing fee for this action. Thus, if Plaintiffs do file an amended complaint, (properly signed by both of them), Alejandro Alvarado presumably will <u>not</u> be granted IFP status on the basis of his current application. This suggests that if an amended complaint is filed, Alejandro Alvarado should either pay the $150 filing fee, or else file a new IFP application, which explains why he should be excused from paying the court filing fee, despite his apparently adequate income.

Finally, the Court notes that Plaintiffs have failed to submit either marshal service forms, (Form USM-285), or any extra copies of their pleading. This defect must also be cured if Plaintiffs will seek to have service of process accomplished by the U.S. Marshal Service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2). <u>See</u> <u>Lee v. Armontrout</u>, 991 F.2d 487, 489 (8th Cir.) (<u>per</u> <u>curiam</u>) (it is the pro se plaintiff's "responsibility to provide proper addresses for service on [defendants]"), <u>cert</u>. <u>denied</u>, 510 U.S. 875 (1993). <u>Plaintiffs will have to submit one extra copy of their complaint, (or amended complaint, if they choose to amend), and one properly completed marshal</u>

service form (Form USM-285), for each Defendant to be served by the Marshal.[2]

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file an amended complaint signed by both of them by no later than September 1, 2000, failing which it will be recommended that the claims of Plaintiff Alejandro Alvarado be stricken without prejudice;

2. If IFP status is granted, the U.S. Marshal will be directed to effect service of process only on those Defendants for whom Plaintiffs have provided a properly completed marshal service form (USM-285) and a copy of their pleading.

Dated: August 8, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

[2] Marshal service forms are available from the Clerk of Court upon request.