UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alejandro Alvarado and,
Carol Alvarado,

Plaintiffs,

v.

City of Granite Falls, Greg Holmstrom, William Lavin, David Smiglewski, Great Plains Natural Gas Co., Jim Marka, Loris Gniffke, Paul Krogstad, Brian Struffert, Phil Tieg and Paul Nelson,

Defendants.

CIVIL FILE NO. 00-1816 JMR/SRN

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon all defendants other than Judge Paul Nelson. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

FILED SEP 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: September 20, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge