UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1816(JMR/SRN)

| | | |
|---|---|---|
| Alejandro Alvarado and Carol Alvarado | ) | |
| v. | ) | ORDER |
| City of Granite Falls et al. | ) | |

Defendants object to the Report and Recommendation, issued September 20, 2000, by the Honorable Susan R. Nelson, United States Magistrate Judge. Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

This action is summarily dismissed with prejudice as to defendant Paul Nelson.

Dated: November 15th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED NOV 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK